IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANDRE PELE JORDAN, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 5:18-CV-445 (MTT) |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Plaintiff Andre Pele Jordan, proceeding pro se, has moved to set aside entry of default. Doc. 8. Default has not been entered in this case. This case was dismissed on December 5, 2018 because "the Plaintiff's allegations, even when liberally construed, are 'fanciful,' 'fantastic,' and 'delusional,' and thus factually frivolous." Doc. 4 at 3 (quoting *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992)). The Plaintiff's motion to set aside entry of default (Doc. 8) is thus **TERMINATED as moot**.

**SO ORDERED**, this 28th day of February, 2019.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT